**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-1143**

―――――――――

In Re: KONDIAN R. RAJARAM,

                                                    Debtor.

_____


PHILLIP MIZRACH,

                                    Plaintiff - Appellant,

          versus

KONDIAN R. RAJARAM,

                                    Defendant - Appellee.


―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-98-2272-H, BK-97-50467-ESD, AP-97-5233-ESD)

―――――――――

Submitted:  July 22, 1999          Decided:  July 28, 1999

―――――――――

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Phillip Mizrach, Appellant Pro Se.  Jonathan Stewart Rosenthal,
Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Phillip Mizrach appeals from the district court's order affirming the bankruptcy court's decision that the debt owed to Mizrach by Kondian Rajaram is dischargeable in bankruptcy. We have reviewed the record and the lower courts' opinions and orders and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mizrach v. Rajaram, Nos. CA-98-2272-H; BK-97-50467-ESD (D. Md. Dec. 29, 1998 & Jan. 13, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is signed December 28, 1998, the district court's records show that it was entered on the docket sheet on December 29, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).